**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7176**

_____

ANTHONY T. STEWART,

                Petitioner - Appellant,

     v.

DANIEL T. MAHON, Warden,

                Respondent - Appellee.

_____

**No. 10-7178**

_____

ANTHONY T. STEWART,

                Petitioner - Appellant,

     v.

DANIEL T. MAHON, Warden,

                Respondent - Appellee.

_____

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (7:10-cv-00207-sgw-mfu; 7:10-cv-00242-sgw-mfu)

_____

Submitted: July 21, 2011           Decided: July 25, 2011

_____

Before NIEMEYER, and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

———————————

Anthony T. Stewart, Appellant Pro Se.  Josephine Frances Whalen, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony T. Stewart seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petitions. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Stewart has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

3

before the court and argument would not aid the decisional process.

DISMISSED